## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:13-CR-0249-WTL-MJD ) |
| RONALD W. NICHTER, | ) ) |
| Defendant. | ) |

### APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Monica Foster, Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated: December 16, 2013

/S/ Monica Foster
Monica Foster
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 752
Indianapolis, IN 46204-5172
(317) 383-3520
Attorney for Defendant

### CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brad Shepard, brad.shepard@usdoj.gov

/S/ Monica Foster
Monica Foster