UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>RONALD W. NICHTER, )<br>      Defendant. ) | CAUSE NO. 1:13-cr-0249-WTL-MJD<br><br>- 01 |

## MINUTE ENTRY

### For December 13, 2013

Parties appear for an initial appearance on the Indictment dated December 11, 2013. Defendant appeared in person and by appointed counsel, Moncia Foster. Government represented by AUSA Brad Shepard. USPO represented by Brittany Neat.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **January 3, 2014**.

Government did not seek pretrial detention. .

Defendant waived formal arraignment.

Defendant released on conditions of release pending further proceedings before the Court.

Dated: 12/16/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.